PROB. 12B
(7/93)

# ORIGINAL

## United States District Court

for the

### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 2 2006

at \_\_\_ o'clock and \_\_\_ min. \_\_ M
SUE BEITIA, CLERK

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: LEAH CARDENAS         Case Number: CR 00-00184HG-02

Name of Sentencing Judicial Officer:   The Honorable Helen Gillmor
                                       Chief U.S. District Judge

Date of Original Sentence: 11/5/2001

Original Offense:   Count 1: Conspiracy to Distribute and Possess With Intent to
                    Distribute Heroin, Crystal Methamphetamine, Cocaine, and
                    Marijuana, in violation of 21 U.S.C. § 846, a Class C felony

                    Count 11: Use of a Telephone to Facilitate the Possession With
                    Intent to Distribute Crystal Methamphetamine, in violation of
                    21 U.S.C. § 843(b), a Class D felony

                    Count 16: Aid and Abet the Possession With Intent to Distribute in
                    Excess of 50 Grams of Crystal Methamphetamine, in violation of
                    21 U.S.C. § 841(a)(1), a Class A felony

                    Count 19: Aid and Abet the Possession With Intent to Distribute in
                    Excess of 5,000 Grams of Cocaine, in violation of 21 U.S.C.
                    § 841(a)(1) and 18 U.S.C. § 2, a Class A felony

                    Count 26: Use of a Telephone to Facilitate a Conspiracy to
                    Distribute Cocaine, Heroin, Crystal Methamphetamine, and
                    Marijuana, in violation of 21 U.S.C. § 843(b), a Class D felony

Original Sentence:  Eighty-seven (87) months imprisonment, as to each of Counts 1,
                    16, and 19, and forty-eight (48) months as to each of Counts 11
                    and 26, to be served concurrently. The subject was also
                    sentenced to serve five (5) years of supervised release as to each
                    of Counts 1, 16, and 19, and one (1) year supervised release as to
                    each of Counts 11 and 26, all terms to be served concurrently and
                    with the following special conditions: 1) That the defendant
                    participate in a substance abuse program, which may include drug
                    testing at the discretion and direction of the probation office;

Prob 12B
(7/93)

2

2) That the defendant provide the Probation Office access to any requested financial information; and 3) That the defendant shall submit to her person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon a reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Type of Supervision: Supervised Release      Date Supervision Commenced: 11/4/2005

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

*General Condition:*      *Leah Cardenas, as a condition of supervision, shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four tests per month, as directed by the probation officer, pursuant to 18 U.S.C. § 3583(d).*

## CAUSE

The subject's term of supervised release commenced on 11/4/2005 in the Central District of California (CD/CA). On 3/27/2006, our office received a letter from the subject's CD/CA probation officer indicating that the three random drug tests provided by the conditions of supervision have been exhausted.

In light of U.S. vs. Stephens, the CD/CA is requesting that the Court modify the mandatory drug testing condition (General Condition) to authorize and allow random drug testing to continue for the duration of the subject's supervision term. Based on the subject's history of marijuana, cocaine and alcohol use, we feel that it is necessary that the subject continue with random drug testing in order to monitor her compliance and adjustment.

Prob 12B
(7/93)

3

     Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives her right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of supervised release. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

                                              Respectfully submitted by,

                                              ALYSA K. MAKAHANALOA
                                              U.S. Probation Officer Assistant

Approved by:

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date: 4/11/2006

---

THE COURT ORDERS:

[ X ]    The Modification of Conditions as Noted Above
[   ]    Other

                                              HELEN GILLMOR
                                              Chief U.S. District Judge

                                              4-11-06
                                              Date

PROB 49
(3/89)

# United States District Court

The _____ **District** _____ of Hawaii

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

  I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

  I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

  Leah Cardenas, as a condition of supervision, shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four tests per month, as directed by the probation officer, pursuant to 18 USC 3583 (d).

Witnes _____  Signed _____
   U.S. Probation Officer        Probationer or Supervised Releasee

            3/28/06
            Date