PROB 22  
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | CR 00-00184HG-02 |
| DOCKET NUMBER *(Rec. Court)* | CR 06-824-CAS |

UNITED STATES DISTRICT COURT  
DISTRICT OF HAWAII

FILED IN THE UNITED STATES DISTRICT COURT  
NOV 08 2006  
at 2 o'clock and __ min __ M  
SUE BEITIA, CLERK

FILED - SOUTHERN DIVISION  
OCT 30 2006  
CENTRAL DISTRICT OF CA  
BY ___

| NAME OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Leah Cardenas | District of Hawaii | Honolulu |

| NAME OF SENTENCING JUDGE |
|---|
| Helen Gillmor |

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/4/2005 | TO 11/3/2010 |
|---|---|---|

**OFFENSE**

<u>Count 1</u>: Conspiracy to Distribute and Possess With Intent to Distribute Heroin, Crystal Methamphetamine, Cocaine, and Marijuana, in violation of 21 U.S.C. § 846, a Class C felony. <u>Count 11</u>: Use of a Telephone to Facilitate the Possession With Intent to Distribute Crystal Methamphetamine, in violation of 21 U.S.C. § 843(b), a Class D felony. <u>Count 16</u>: Aid and Abet the Possession With Intent to Distribute in Excess of 50 Grams of Crystal Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), a Class A felony. <u>Count 19</u>: Aid and Abet the Possession With Intent to Distribute in Excess of 5,000 Grams of Cocaine, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, a Class A felony. <u>Count 26</u>: Use of a Telephone to Facilitate a Conspiracy to Distribute Cocaine, Heroin, Crystal Methamphetamine, and Marijuana, in violation of 21 U.S.C. § 843(b), a Class D felony

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Central District of California</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10-6-06  
_____  
Date

_____  
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Central District of California

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

OCT 30 2006  
_____  
Effective Date

_____  
CHIEF  United States District Judge